United States Courts
Southern District of Texas
FILED

JAN 02 2024

Nathan Ochsner, Clerk of Court

[In the United States Bankruptcy Court for the District of [District Name]]

Case Number: 2-2023-cv02735-MRP

Plaintiff: Ethan Wadlington

v.

Defendant: Ltd Financial Collection Agency

Nature of Suit: Recovery of Maximum Civil Penalties and Liability in Bankruptcy Court

COMPLAINT

COMES NOW, Ethan Wadlington, Plaintiff herein, and for his Complaint against Ltd Financial Collection Agency, Defendant herein, alleges as follows:

1. Plaintiff, Ethan Wadlington, is an individual residing at 216 Thornwood PL, Phila PA 19154.

2. Defendant, Ltd Financial Collection Agency, is a debt collection agency incorporated under the laws of [TX], with its principal place of business at 3200 Wilcrest Drive, Suite 600.

3. Plaintiff avers that Defendant, Ltd Financial Collection Agency, engaged in unlawful and harassing debt collection practices in violation of 15 USC 1692 CC, which resulted in substantial distress, mental anguish, and financial hardship for the Plaintiff.

4. Plaintiff further asserts that despite multiple attempts to rectify the situation and provide evidence of improper debt collection practices, Defendant persisted in their illegal collection efforts, causing significant harm to Plaintiff's financial and emotional well-being.

5. As a result of Defendant's wrongful actions, Plaintiff seeks recovery of maximum civil penalties permissible under the law and holds Defendant liable for damages incurred during the debt collection process.

6. Moreover, Plaintiff contends that the conduct of Defendant has not only violated statutory provisions but has also contributed to Plaintiff's financial instability, potentially impacting Plaintiff's eligibility and rights in an ongoing bankruptcy proceeding.

WHEREFORE, Plaintiff, Ethan Wadlington, respectfully requests that this Honorable Court:

a) Awards maximum civil penalties and damages allowable under the law against Defendant, Ltd Financial Collection Agency;
b) Holds Defendant liable for the improper debt collection practices and subsequent damages caused to the Plaintiff;
c) Grants any other relief deemed just and proper by this Court;
d) Any other relief the Court deems just and proper.

Respectfully submitted,



Ethan Wedlake
216 Thornwood Pl,
Philadelphia, PA 19154

United States Bankruptcy Court
Southern District of Texas
PO Box 61010
Houston TX 77208