United States District Court
Southern District of Texas
**ENTERED**
May 24, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **ETHAN WADLINGTON,** § | |
| § | |
| *Plaintiff*, § | |
| VS. § | **CIVIL ACTION NO. 4:24-cv-00043** |
| § | |
| **LTD. FINANCIAL COLLECTION** § | |
| **AGENCY,** § | |
| § | |
| *Defendant*. | |

## ORDER

The Court held an Initial Pretrial and Scheduling Conference in the above-captioned matter on May 23, 2024. Plaintiff did not appear. Further, based on the Court's records, Plaintiff has not paid the required filling fee, *see* ECF No. 4, nor filed proof of service. Per the Court's Order for Conference and Disclosure of Interested Parties, the "failure of plaintiff(s) to file proof of service within 90 days after the filing of the complaint may result in dismissal of this action by court on its own initiative." ECF No. 2. Plaintiff filed the Complaint on January 1, 2024—well over 90 ago. For the foregoing reasons, this case is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 23rd day of May, 2024.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE